# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ROBERT DILLON FRAMING, INC., A NEVADA CORPORATION,<br><br>                Appellant,<br>       vs.<br>CANYON VILLAS APARTMENTS CORP., A NEVADA CORPORATION,<br>                Respondent. | No. 67261<br><br>**FILED**<br><br>APR 0 8 2016<br><br>TRACIE K. LINDEMAN<br>**CLERK** OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Susan Johnson, District Judge
       Lansford Levitt, Settlement Judge
       Springel & Fink
       Lemons, Grundy & Eisenberg
       Lewis Roca Rothgerber Christie LLP/Las Vegas
       Parker & Edwards
       Berding & Weil, LLP
       Eighth District Court Clerk